## ELIJAH CANNON v. JOHN TIMMONS.

Court of Common Pleas. November, 1794.

*Wilson's Red Book, 40.*

*Bayard* for plaintiff, although another cause was ready for trial and waiting, moved to bring on the trial of this cause and said yesterday he got an attachment for his witness, who is present.

*Peery* for [defendant] [1] said his witness had attended every day last week and this, except yesterday, and is very willing to attend. Upon seeing the attachment issue yesterday, they sent last night for their witness whom they expect in town every minute.

PER CURIAM. Defendant might have got an attachment yesterday. Swear the jury. Which was done, the trial had and argued *ex parte querentis solum;* and verdict and 40 dollars damages.